FILED'09 JUL 28 11:34USDC-ORP

WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**THOMAS KENYON,**                                                     CV # 08-247-HA

    Plaintiff,

vs.                                                                       ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

       Attorney fees in the amount of $6,150.00 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $350.00 are awarded pursuant to 28 U.S.C. § 1920. The checks shall be mailed to Attorney Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

       DATED this _28_ day of _July_, 2009.

                                                  /s/ [signature]
                                                  United States District Judge

Submitted on July 27, 2009 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1